# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC21 | E 1965504 | Jacorian Rogers | S30B |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 03/29/2025 | Title 10 USCS 2671 |

**Place of Offense:** Surf Beach

**Offense Description: Factual Basis for Charge** HAZMAT ☐
CCR Title 14 Sec. 632(a) 1A Fishing within the Vandenberg State Marine Reserve

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| KANG | HUI SONG | |

[Street Address redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100    Forfeiture Amount
+ $30    Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → $ 130    Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** US Court, 415 State St, Santa Barbara, CA 93101
**Date:** 05/15/2025
**Time:** 1:00 PM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signed]

Original - CVB Copy

*E1965504*

CVB SCAN 04/08/2025 12:45

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **29 March**, 20**25** while exercising my duties as a law enforcement officer in the **Central** District of **California**.

**Citation Number: E1965504 / Defendant: KANG, HUI SONG**

On Saturday March 29, 2025 I Jacorian, ROGERS/Falcon-2 was dispatched by Vandenberg Law Enforcement Desk for two individuals who were fishing within the Vandenberg State Marine Reserve at Surf Beach. At 1015hrs I arrived at Surf Beach and made contact with the beach keeper on duty who pointed me to the direction of the two individuals. After walking in that direction, I witnessed the two individuals actively fishing. I noticed both individuals had a fishing pole with their fishing lines in the water. I introduced myself as Security Forces of Vandenberg Space Force Base. I proceeded to brief them that there is no fishing allowed, and they acknowledged. I then asked for both individuals' identification and fishing licenses. I identified KANG, HUI SONG via California Driver's license #C6037708 through DATAMAX. I escorted KANG and his associate out of the area and briefed KANG on why he was being cited via CVB 1805 CCR Title 14 Sec.632(a) 1A FISHING WITHIN THE VANDENBERG STATE MARINE RESERVE. KANG was released at his own recognizance at surf station.

All information on the front of this notice in incorporated by reference herein

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **03/29/2025**    [Officer's Signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

CVB SCAN 04/08/2025 12:45